EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Proceso para la selección por convocatoria abierta y normas para la destitución del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial | 2017 TSPR 89<br><br><br>198 DPR \_\_\_\_ |

Número del Caso: ER-2017-3

Fecha: 30 de mayo de 2017

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

En el Tribunal Supremo de Puerto Rico

*In re*:

Proceso para la selección por
convocatoria abierta y normas
para la destitución del o de
la representante de la
ciudadanía ante la Junta de
Subastas de la Rama Judicial

ER-2017-3

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de mayo de 2017.

Mediante Resolución emitida el 10 de marzo de
2017, aprobamos un nuevo Reglamento de Subastas
Formales de la Rama Judicial (Reglamento) que regirá
la adquisición de bienes y servicios y los
arrendamientos a largo plazo. In re Aprob. Regl.
Subastas RJ, 2017 TSPR 35, 197 DPR ___ (2017).

En su Artículo V, el Reglamento consigna lo
referente a la composición de la Junta de Subastas de
la Rama Judicial (Junta). Entre otras cosas, se
aumentó a cinco (5) la cantidad de miembros de la
Junta y se creó la posición del o de la representante
de la ciudadanía. En cuanto a la designación de este
último, se dispuso lo siguiente:

> B. El o la representante de la ciudadanía
> será seleccionado o seleccionada mediante
> una convocatoria abierta que se publicará
> en los medios de comunicación, el portal
> de internet de la Rama Judicial y los
> tablones de edicto de los tribunales para
> que las personas interesadas sometan un
> formulario de candidatura. Los interesados
> o interesadas serán evaluados por un panel
> de la Rama Judicial compuesto por la

Directora o el Director de Recursos Humanos de la Oficina de la Administración de los Tribunales, la Directora o el Director del Secretariado de la Conferencia Judicial y Notarial, y la Secretaria o el Secretario del Tribunal Supremo, a fin de seleccionar los solicitantes cualificados y, luego, realizará un sorteo para seleccionar al representante de la ciudadanía. Finalmente, el panel evaluador rendirá un informe final al Tribunal Supremo, quien verificará que se cumplió con el proceso. La persona seleccionada como representante de la ciudadanía ocupará el puesto por un término de tres (3) años. Íd., pág. 10.

En cumplimiento con lo requerido por este Tribunal, el Secretariado de la Conferencia Judicial y Notarial (Secretariado) presentó ante nuestra consideración un Proyecto de Proceso para la selección por convocatoria abierta y normas para la destitución del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial.

Examinada la propuesta presentada, y en vista de que este asunto está revestido de un alto interés público, adoptamos hoy el *Proceso para la selección por convocatoria abierta y normas para la destitución del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial* (Proceso), el cual se hace formar parte de la presente Resolución. Se acompaña, además, el Formulario de inscripción voluntaria de candidatura a la posición de representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial (Formulario de Candidatura).

En aras de permitir la adecuada divulgación de lo aquí dispuesto, este nuevo Proceso entrará en vigor treinta (30) días a partir de su aprobación. Conforme se dispone en la Sección X del Proceso, dentro de los treinta (30) días de que este advenga vigente, la Rama Judicial dará inicio al trámite de la convocatoria abierta establecido en su Sección V.

Se ordena al Director Administrativo de los Tribunales a que, dentro del periodo de vigencia diferida que se dispone en la presente Resolución, identifique el personal de apoyo administrativo necesario para la adecuada implementación de este Proceso. Además, deberá llevar a cabo los trámites necesarios para la mecanización del Formulario de Candidatura, de forma que se evite su alteración y se promueva la agilidad y eficiencia de este proceso.

Notifíquese por correo electrónico al Director Administrativo de los Tribunales, al Director de la Oficina de Prensa, a la Directora de la Oficina de Asuntos Legales y a la Directora del Área de Recursos Humanos de la Oficina de

Administración de los Tribunales, a la Secretaria de la Junta, y a la Directora del Secretariado.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo

# TRIBUNAL SUPREMO DE PUERTO RICO

## PROCESO PARA LA SELECCIÓN POR CONVOCATORIA ABIERTA Y NORMAS PARA LA DESTITUCIÓN DEL O DE LA REPRESENTANTE DE LA CIUDADANÍA ANTE LA JUNTA DE SUBASTAS DE LA RAMA JUDICIAL

**Secretariado de la Conferencia Judicial y Notarial**

MAYO DE 2017

# TABLA DE CONTENIDO

I. Base jurídica y propósito ..................................................................................................1

II. Alcance ................................................................................................................................1

III. Definición de términos .....................................................................................................1

IV. Requisitos para presentar la candidatura a la posición de representante de la ciudadanía......2

V. Proceso de convocatoria abierta......................................................................................3

VI. Proceso de revisión de solicitudes y selección de personas cualificadas .......................4

VII. Proceso de selección mediante sorteo.............................................................................5

VIII. Destitución del o de la representante de la ciudadanía por justa causa .........................7

IX. Solicitud de renuncia a la posición como representante de la ciudadanía......................8

X. Disposiciones Transitorias................................................................................................8

XI. Separabilidad....................................................................................................................9

XII. Vigencia ............................................................................................................................9

**Proceso para la selección por convocatoria abierta y normas para la destitución del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial**

## I. Base jurídica y propósito

Este Proceso se adopta en virtud de la Sección 7 del Artículo V de la Constitución del Estado Libre Asociado de Puerto Rico y en conformidad con lo establecido en el Artículo V(B) del Reglamento de Subastas Formales de la Rama Judicial. *In re Aprobación del Reglamento de Subastas Formales de la Rama Judicial*, 2017 TSPR 35. Su propósito es establecer la normativa aplicable a la selección mediante convocatoria abierta del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial y establecer las causas que justifican su destitución.

## II. Alcance

Las disposiciones aquí consignadas delimitarán los requisitos aplicables a quienes interesen presentar su candidatura a la posición de representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial. Regirán, además, los procesos de publicación de la convocatoria abierta; la depuración de solicitudes de candidatura; la identificación y notificación a las personas cualificadas; la celebración del sorteo, su impugnación y presentación de reconsideraciones; la destitución del o de la representante de la ciudadanía por justa causa, y la aceptación de una renuncia a dicho puesto. Por último, se definirán las facultades delegadas al Panel de la Rama Judicial y su deber de rendir un informe final ante el Tribunal Supremo sobre el proceso de selección por convocatoria abierta.

## III. Definición de términos

Los siguientes términos tendrán el significado que se expresa a continuación:

(A)     *Formulario de candidatura*- Formulario de inscripción voluntaria de candidatura a la posición de representante de la ciudadanía.

(B)     *Junta o Junta de Subastas*- Junta de Subastas de la Rama Judicial.

(C)     *Reglamento*- Se refiere al Reglamento de Subastas Formales de la Rama Judicial, aprobado mediante Resolución emitida el 10 de marzo de 2017, ER- 2017-02.

(D)     *Panel*- Panel de la Rama Judicial creado en el Artículo V del Reglamento, el cual estará a cargo de seleccionar a las personas cualificadas y realizar un sorteo para elegir al o a la representante de la ciudadanía. El Panel se compone de las personas siguientes: la Directora o el Director de Recursos Humanos de la Oficina de la Administración de los Tribunales, la Directora o el Director del Secretariado de la Conferencia Judicial y Notarial, y la Secretaria o el Secretario del Tribunal Supremo.

(E)     *Persona cualificada*- Persona que cumple con los requisitos para ocupar la posición de representante de la ciudadanía y es seleccionada por el Panel para participar del sorteo.

(F)     *Persona elegida*- Quien resulte seleccionado o seleccionada a través del sorteo para ocupar la posición de representante de la ciudadanía.

(G)     *Proceso*- Se refiere al Proceso para la Selección por Convocatoria Abierta y Normas para la Destitución del o de la Representante de la Ciudadanía ante la Junta de Subastas de la Rama Judicial.

(H)     *Sorteo*- Se refiere al proceso aleatorio celebrado para la selección del o de la representante de la ciudadanía entre el grupo de personas cualificadas en conformidad con la Sección VI de este Proceso.

## IV.     Requisitos para presentar la candidatura a la posición de representante de la ciudadanía

El o la representante de la ciudadanía:

(A)     Deberá ser una persona mayor de edad, que sepa leer y escribir y resida legalmente en el Estado Libre Asociado de Puerto Rico.

(B)     Contará, como mínimo, con un grado académico de bachillerato obtenido en una universidad o institución educativa acreditada.

(C)     Al momento de su nombramiento o durante el término de su incumbencia, no ocupará otro cargo o empleo en la Rama Judicial, ni ocupará un cargo público o puesto en el servicio de confianza que le faculte a participar en la formulación de política pública, tanto en la Rama Ejecutiva como en la Rama Legislativa.

(D)     No mantendrá relaciones contractuales ni empleo con la Administración de Servicios Generales o con la Autoridad de Edificios Públicos de Puerto Rico ni entidades del Gobierno de Puerto Rico creadas en su sustitución, al momento de su nombramiento o durante el término de su incumbencia.

(E)     No mantendrá relaciones contractuales, ya sean remuneradas o no, con la Rama Judicial.

(F)     No tendrá conflicto con los intereses de la Rama Judicial ni algún interés económico directo o indirecto con las subastas de bienes y servicios o los arrendamientos a largo plazo otorgados por la Rama Judicial.

(G)     No habrá ocupado un cargo o empleo ni habrá mantenido relación contractual alguna con la Rama Judicial por espacio de dos (2) años previos a la presentación de su candidatura o subsiguientes al vencimiento de su nombramiento.

(H)     No habrá ocupado un cargo público ni un puesto en el servicio de confianza que influyera en la formulación de política pública en la Rama Ejecutiva o la Rama Legislativa por espacio de dos (2) años previos a la presentación de su candidatura o subsiguientes al vencimiento de su nombramiento.

(I)     Gozará de reconocida probidad moral y del pleno ejercicio de sus derechos civiles.

(J)     No habrá sido destituido o destituida de algún cargo o puesto en el servicio público ni habrá infringido alguna disposición de la Ley de Ética Gubernamental.

(K)     Aceptará su compromiso e interés de contribuir voluntariamente a la consecución de los mejores intereses de la Rama Judicial y a asumir los mismos derechos y obligaciones que los y las miembros de la Junta de Subastas sin percibir remuneración, incluyendo aquéllos específicamente consignados en el Artículo XX del Reglamento.

Las prohibiciones consignadas en los incisos (C), (D), (E), (F), (G) y (H) de esta Sección serán extensivas al cónyuge del o de la representante de la ciudadanía y a sus parientes dentro del cuarto grado de consanguinidad o afinidad.

## V.     Proceso de convocatoria abierta

### (A)   Contenido de la convocatoria

La convocatoria deberá incluir, como mínimo, la información siguiente:

(i)     Referencia a los documentos normativos que autorizan la convocatoria abierta, entiéndase, el Reglamento y el proceso de selección.

(ii)    Una breve explicación de los propósitos que persigue la convocatoria.

(iii)   Un resumen del proceso de selección y los requisitos para cualificar al sorteo.

(iv)    Dónde puede accederse el formulario de candidatura, advirtiéndose del requisito de la presentación de documentos complementarios y de que el documento sea jurado y suscrito ante notario o notaria o por el personal de la Secretaría del Tribunal Supremo de Puerto Rico autorizado para tomar juramentos.

(v)     El plazo durante el cual estará abierta la convocatoria para la presentación de los formularios de candidatura.

### (B)   Método de publicación de la convocatoria

(1)     En un plazo no mayor a seis (6) meses antes de que quede vacante el puesto de representante de la ciudadanía, deberá abrirse el proceso de convocatoria, el cual tendrá una duración mínima de veinte (20) días calendarios.

(2)     En conformidad con lo establecido en el Artículo V(B) del Reglamento, se deberá publicar la convocatoria en el portal de Internet de la Rama Judicial y los tablones de edicto de los tribunales para que las personas interesadas sometan un formulario de candidatura.

(3)     La coordinación con los medios de comunicación y el diseño de los afiches de promoción se coordinará con el apoyo de la Oficina de Prensa de la Oficina de la Administración de los Tribunales.

(4)     Con la colaboración del Director Administrativo o de la Directora Administrativa de los Tribunales, se publicará la convocatoria en el portal de Internet de la Rama Judicial y se canalizará la reproducción y distribución de los afiches de promoción en los tablones de edicto de los tribunales.

**(C)   Formulario de candidatura**

(1)   Toda persona interesada en participar del proceso de convocatoria abierta para ocupar la posición de representante de la ciudadanía en la Junta de Subastas deberá presentar el formulario de candidatura en la Secretaría del Tribunal Supremo dentro del plazo provisto en la convocatoria.  Se rechazará de plano toda solicitud presentada tardíamente.

(2)   La persona cumplimentará el formulario de candidatura en todas sus partes y lo suscribirá y jurará ante notario o notaria o con la asistencia del personal de la Secretaría del Tribunal Supremo autorizado para tomar juramentos.

(3)   El Secretario o la Secretaria del Tribunal Supremo estampará la fecha y hora de la presentación en el formulario de candidatura y los documentos complementarios sometidos dentro del término de la convocatoria, para lo que podrá usar un reloj-fechador.  Además, llevará un registro en orden cronológico de los formularios de candidatura recibidos y los archivará en un expediente independiente hasta que venza el término de la convocatoria. Finalizado el término de la convocatoria, no se recibirán formularios de candidatura en la Secretaría del Tribunal Supremo.

(4)   Dentro de un plazo no mayor a dos (2) días laborables de haber finalizado el término de la convocatoria, el Secretario o la Secretaria del Tribunal Supremo remitirá el expediente de formularios de candidatura a la Secretaria o al Secretario de la Junta de Subastas.

(5)   El mismo día o más tardar el día siguiente del recibo del expediente de formularios de candidatura, la Secretaria o el Secretario de la Junta de Subastas notificará por correo electrónico a cada miembro del Panel, el cual contará con un término de diez (10) días laborables para iniciar el proceso de depuración.

## VI.   Proceso de revisión de solicitudes y selección de personas cualificadas

### (A)   Depuración de solicitudes

(1)   Se rechazará de plano todo formulario de candidatura que se presente:

   (a)  de forma alterada en cualquiera de sus secciones,

   (b)  sin acompañar los documentos complementarios enumerados en su Sección 3 o

   (c)  sin ofrecer toda la información requerida en todas sus secciones, incluyendo la certificación jurada y suscrita requerida en su Sección 4.

(2)   En conformidad con el Artículo V(B) del Reglamento, el Panel evaluará los formularios de candidatura presentados con el propósito de seleccionar las personas cualificadas para ocupar la posición del o de la representante de la ciudadanía.

(3)   El Panel contará con personal de apoyo administrativo, identificado con la colaboración del Director Administrativo o de la Directora Administrativa de los Tribunales, para la depuración de los formularios de candidatura recibidos y la selección de las personas cualificadas.  Se permitirá la mecanización del proceso de recibo y depuración de formularios de candidatura siempre que el sistema brinde suficientes garantías de confiabilidad.

(4)     Se faculta al Panel para que, en conformidad con lo dispuesto en este Proceso, perfile los pormenores administrativos relacionados al trámite de revisión de los formularios de candidatura.

**(B)   Notificación a las personas cualificadas y representante autorizado(a)**

(1)     Dentro de un término no mayor de diez (10) días laborables de haber finalizado la depuración de los formularios de candidatura, y con la asistencia del personal de apoyo administrativo destacado, se enviará una notificación por correo electrónico a las personas cualificadas para participar en el sorteo. En ésta se hará constar la cantidad de personas cualificadas, el día, la hora y el lugar donde se celebrará el sorteo, el documento de corroboración de identidad que será requerido durante este acto y el plazo fijado para informar si la persona no pudiera asistir personalmente.  Se habilitará una cuenta de correo electrónico para el envío de estas notificaciones.

(2)     Demostrada justa causa a juicio del Panel, la persona cualificada que no pueda asistir al sorteo podrá solicitar que asista una persona en su representación.  Lo informará al Panel con al menos veinte (20) días calendarios antes de la fecha del sorteo y ofrecerá la información de contacto necesaria, incluyendo el correo electrónico de quien le representará.  La persona que asista en representación de la persona cualificada deberá producir la información requerida el día del sorteo para la corroboración de la identidad de la persona si ésta fuera seleccionada como representante de la ciudadanía.

## VII.   Proceso de selección mediante sorteo

## (A)   Celebración del sorteo

(1)     El Panel contará con personal de apoyo administrativo, identificado con la colaboración del Director Administrativo o la Directora Administrativa de los Tribunales, para la coordinación y celebración del sorteo.  Se permitirá la mecanización de este proceso siempre que el sistema implantado brinde suficientes garantías de confiabilidad.

(2)     Dentro de los cinco (5) días anteriores a su celebración, la fecha del sorteo se notificará nuevamente por correo electrónico a las personas cualificadas o a quien les representará durante el acto.

(3)     La publicidad del sorteo se coordinará con el apoyo de la Oficina de Prensa.

(4)     La persona seleccionada podrá ejercer sus funciones inmediatamente la posición de representante de la ciudadanía quede vacante.  Su nombramiento tendrá eficacia plena.

(5)     El nombramiento del o de la representante de la ciudadanía y su fecha de efectividad se divulgará con la asistencia de la Oficina de Prensa.

(6)     Con el apoyo de personal de la Rama Judicial que pueda ejercer la notaría, se levantará un acta notarial de la celebración ininterrumpida de todo el proceso del sorteo, observando unidad de acto.  Dentro de los diez (10) días calendarios de la celebración del sorteo, el notario o la notaria autorizante expedirá una copia certificada del acta notarial, la cual remitirá

a la Secretaria o al Secretario de la Junta de Subastas. Simultáneamente, le enviará una copia en formato *PDF* a la cuenta de correo electrónico de cada miembro del Panel.

(7)     Se requerirá corroboración de la identidad de la persona elegida en el sorteo. El notario o la notaria hará constar que ha validado la identidad de la persona elegida. En defecto del conocimiento personal, el notario o la notaria deberá identificar a la persona mediante un documento de identidad vigente, expedido por autoridad pública competente del Estado Libre Asociado de Puerto Rico o de los Estados Unidos de América, en el cual se incluya el nombre, un retrato actualizado y la firma de la persona.

(8)     La persona elegida quedará descalificada de inmediato en cualquiera de las circunstancias siguientes:

(a)     Si la persona seleccionada en el sorteo no presentara un documento de identidad vigente o no lo enviara con la persona autorizada para representarle en conformidad con la Sección VI (B)(2) de este Proceso.

(b)     Si el notario o la notaria concluyera que no existe concordancia entre la información certificada en el formulario de candidatura por la persona solicitante y aquélla que se desprenda del documento de identidad vigente que se presente durante el acto del sorteo.

(9)     De ocurrir una descalificación al amparo del inciso (A)(8) de esta Sección, se realizará un nuevo sorteo ese mismo día, considerando únicamente a las demás personas cualificadas por el Panel.

**(B)   Impugnación del sorteo y reconsideración**

(1)     Cualquier persona cualificada que no esté de acuerdo con la ejecución del proceso durante el sorteo podrá presentar una solicitud de impugnación al Panel dentro de los diez (10) días calendarios siguientes a su celebración.

(2)     La impugnación del sorteo se presentará por escrito y establecerá en detalle la objeción al proceso y el fundamento para ello.

(3)     La oportuna presentación de una solicitud de impugnación debidamente fundamentada paralizará el efecto de la selección realizada mediante el sorteo.

(4)     Recibido el documento de impugnación, el Panel contará con un término de diez (10) días calendarios para emitir una de las determinaciones siguientes:

(a) Concluir que se cumplió con el proceso fijado por el Tribunal Supremo, sin irregularidades reales o aparentes, desestimar la solicitud de impugnación y ordenar que se continúen los trámites correspondientes para el nombramiento de la persona seleccionada en el sorteo. Como evidencia, podrá acompañar un duplicado de la copia certificada del acta notarial requerida en el inciso (A)(6) de la Sección 7 de este Proceso.

(b) Anular el sorteo realizado e iniciar un nuevo trámite de selección que, dependiendo de la gravedad de la irregularidad identificada, podría requerir un nuevo proceso de convocatoria abierta al amparo de la Sección V de este Proceso.

(5)     La persona inconforme con la determinación del Panel podrá presentar una reconsideración al Tribunal Supremo dentro del plazo provisto en la Regla 45 del Reglamento del Tribunal Supremo.

(6)     La solicitud de reconsideración se presentará por escrito y deberá contener fundamentos claros y específicos, acompañada de la evidencia necesaria para sustentar las alegaciones. Su presentación paralizará la efectividad del nombramiento de la persona elegida en el sorteo.

(7)     La persona peticionaria certificará que, en la misma fecha de la presentación de la solicitud de reconsideración, se entregó copia a la Secretaria o al Secretario de la Junta de Subastas.

(8)     El mismo día de la presentación de la solicitud de reconsideración o a más tardar el día siguiente, la Secretaria o el Secretario de la Junta de Subastas remitirá copia del documento por vía electrónica a los y las miembros del Panel.

(9)     Se rechazará de plano toda solicitud de reconsideración que no cumpla con los requisitos establecidos.

## (C)  Presentación del Informe final del Panel al Tribunal Supremo y sus efectos

(1)     En conformidad con el Artículo V del Reglamento, el Panel contará con un término de sesenta (60) días calendarios para rendir un informe final al Tribunal Supremo, en el cual certificará que se cumplió con todas las normas establecidas en este Proceso. En su Informe, el Panel desglosará los trámites relacionados a la: (1) publicación de convocatoria; (2) depuración y revisión de formularios de candidatura; (3) selección de personas cualificadas, y (4) celebración del sorteo. También, hará constar cualquier solicitud de impugnación presentada y el trámite realizado para su disposición.

(2)     Evaluado el informe final del Panel, el Tribunal Supremo verificará que se cumplió con el proceso establecido.

(3)     De identificar alguna irregularidad sustancial en el informe final del Panel o como resultado de un proceso de reconsideración, el Tribunal Supremo podrá iniciar un proceso de destitución por justa causa, conforme dispone la Sección VIII de este Proceso.

(4)     Se faculta al Panel para que determine el diseño y el alcance de su informe final a tono con lo establecido en el inciso (1) de esta Sección.

## VIII.   Destitución del o de la representante de la ciudadanía por justa causa

(A)     La persona nombrada como representante de la ciudadanía en conformidad con este Proceso podrá ser destituida por el Tribunal Supremo cuando medie justa causa.

(B)     El Tribunal Supremo podrá iniciar un trámite de destitución *motu proprio* o a recomendación de la Junta de Subastas.

(C)     Como medida cautelar, la persona nombrada como representante de la ciudadanía no participará de las reuniones ni de los procesos celebrados por la Junta de Subastas hasta que el Tribunal Supremo dilucide el asunto relacionado a su posible destitución.

(D)    Constituirán justa causa para la destitución las circunstancias siguientes:

(1)  Se descubriese cualquier falsedad o fraude en relación con lo afirmado en el formulario de candidatura.

(2)  Si durante el término de incumbencia como representante de la ciudadanía, la persona elegida:

(a)  dejare de cumplir con cualquiera de los criterios para ser seleccionada o

(b)  se hubiese ausentado consecutivamente a más de tres (3) reuniones de la Junta de Subastas sin notificación previa a sus miembros y sin que mediara justa causa.

(3)  Si, tras evaluar el informe final del Panel al Tribunal Supremo, se identificara una irregularidad sustancial en el proceso de selección.

(4) Cualquier circunstancia que justifique su destitución por razones de sana administración pública o su efecto adverso sobre la imagen de la Rama Judicial.

(E)    Recaerá sobre el Tribunal Supremo la formulación y notificación de cargos por escrito.

(F)    El o la representante de la ciudadanía podrá presentar defensas por escrito dentro del plazo provisto por el Tribunal Supremo mediante resolución.

(G)    La determinación final será revisable por vía de reconsideración al amparo de la Regla 45 del Reglamento del Tribunal Supremo.


## IX.    Solicitud de renuncia a la posición como representante de la ciudadanía

(A)    Salvo que medien circunstancias excepcionales, la renuncia a la posición como representante de la ciudadanía deberá notificarse a la Junta de Subastas con anticipación razonable.

(B)    El mismo día o a más tardar el día laborable siguiente de recibir la solicitud de renuncia, la Secretaria o el Secretario de la Junta de Subastas notificará al Tribunal Supremo.

(C)    Mediante Resolución, el Tribunal Supremo se expresará en torno a la renuncia solicitada y, de aceptarla, instruirá al Panel a que inicie el proceso de selección mediante convocatoria abierta establecido en la Sección V de este Proceso.


## X.    Disposiciones Transitorias

Con el propósito de ocupar la posición de representante de la ciudadanía durante el primer año de vigencia del Reglamento, este Proceso se activará inmediatamente advenga vigente en conformidad con el plazo fijado en su Sección XII.  Se concederá un plazo de treinta (30) días a partir de la vigencia de este Proceso para que el Panel inicie el trámite de la convocatoria abierta establecido en su Sección V.

Si surgiera una vacante antes de que venza el término de tres (3) años del nombramiento de un o una representante de la ciudadanía en funciones, ya sea por razón de una destitución,

renuncia o fallecimiento, se activará este Proceso dentro del el plazo que disponga el Tribunal Supremo mediante Resolución.

## XI.   Separabilidad

Si cualquier artículo, sección, inciso o párrafo de este Proceso fuera declarado inconstitucional, inválido o nulo por un tribunal de jurisdicción competente, sus disposiciones restantes continuarán vigentes.

## XII.   Vigencia

Este Proceso comenzará a regir treinta (30) días después de su aprobación.



## FORMULARIO DE INSCRIPCIÓN VOLUNTARIA DE CANDIDATURA
## A LA POSICIÓN DE REPRESENTANTE DE LA CIUDADANÍA

### Instrucciones

*Su participación en este proceso es totalmente voluntaria.* De estar interesado(a): llene el formulario en todas sus partes en el espacio provisto y preséntelo en la Secretaría del Tribunal Supremo, acompañado de todos los documentos requeridos en la Sección 3, en o antes de la fecha anunciada en la convocatoria. Recuerde que el formulario deberá ser suscrito y jurado ante notario(a) o por el personal de la Secretaría del Tribunal Supremo de Puerto Rico autorizado para tomar juramentos.

### SECCIÓN 1. INFORMACIÓN GENERAL[1]

1. Nombre completo del (de la) candidato(a):

    _____    _____    _____    _____
    Apellido Paterno                   Apellido Materno                    Nombre                   Inicial

2. Fecha de Nacimiento: (día) ___  (mes) ___  (año) ___

3. Profesión u Ocupación: _____

4. Dirección Residencial: _____

   _____

5. Dirección Postal: _____

   _____

6. Núm. Seguro Social: XXX - XX -_____ Número del Tribunal Supremo (RUA), si aplica: _____

7. Correo electrónico: _____

8. Números telefónicos:

   Residencia ( ) _____-_____

   Celular ( ) _____-_____

   Trabajo ( ) _____-_____

### SECCIÓN 2. PREPARACIÓN ACADÉMICA

| Nivel educativo | Nombre y dirección de la institución | Fecha Desde (mes y año) | Fecha Hasta (mes y año) | ¿Se gradúo? Si | ¿Se gradúo? No | Curso de estudio / concentración | Créditos | Grado obtenido |
|---|---|---|---|---|---|---|---|---|
| Superior | | | | ☐ | ☐ | | | |
| Universidad | | | | ☐ | ☐ | | | |
| Estudios Postgraduado | | | | ☐ | ☐ | | | |

### SECCIÓN 3. DOCUMENTOS COMPLEMENTARIOS

Deberá presentar junto con este Formulario las certificaciones o documentos siguientes:

1. Certificación de radicación de planillas correspondientes a los últimos cinco (5) años
2. Certificación negativa de deuda emitida por el Departamento de Hacienda
3. Certificado de antecedentes penales de la Policía de Puerto Rico
4. Certificación negativa de deuda de la Administración para el Sustento de Menores (ASUME)
5. Certificación negativa del Centro de Recaudación de Impuestos Municipales (CRIM)
6. Certificación de *good standing* del colegio o asociación profesional al que pertenece, si aplica
7. Certificación de grado o copia del (de los) diploma(s) de una universidad o institución educativa acreditada
8. Giro (*money order*) a favor del Secretario de Hacienda por la cantidad de $5.00[2]

---

[1] Deberá incluir, como mínimo, el nombre, fecha de nacimiento, últimos cuatro dígitos del seguro social, dirección residencial y correo electrónico. Se advierte que toda comunicación oficial se realizará a través de la cuenta de correo electrónico provista.

[2] Se requiere el giro para la tramitación de la Certificación de Status de Elegibilidad para Empleo o Contrato de Servicios Profesionales en el Servicio Público emitida por la Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico.



**FORMULARIO DE INSCRIPCIÓN VOLUNTARIA DE CANDIDATURA**
**A LA POSICIÓN DE REPRESENTANTE DE LA CIUDADANÍA**

---

**SECCIÓN 4. CERTIFICACIÓN**

---

Yo, _____ , mayor de edad,
*Nombre y apellidos del (de la) declarante*

☐ casado(a) ☐ soltero(a), ☐ de ocupación _____

_____ , Puerto Rico,
*Pueblo*

bajo juramento declaro:

1. Que presento este formulario libre y voluntariamente porque intereso ser considerado(a) como representante de la ciudadanía en la Junta de Subastas Formales de la Rama Judicial.

2. Que, de ser elegido(a), me comprometo a asumir los mismos derechos y obligaciones que los(as) miembros de la Junta de Subastas sin percibir remuneración.

3. Que he cumplido con todos los requisitos aplicables a este trámite, según el *Proceso para la selección por convocatoria abierta y normas para la destitución del o de la representante de la ciudadanía ante la Junta de Subastas de la Rama Judicial*.

4. Que, al presente, no ocupo un cargo o empleo en la Rama Judicial ni tengo relación contractual alguna, ni conflicto con los intereses de la Rama Judicial, ni ocupo un cargo público o puesto en el servicio de confianza que me faculta a participar en la formulación de política pública en la Rama Ejecutiva o en la Rama Legislativa.

5. Que no mantengo relaciones contractuales ni empleo con la Administración de Servicios Generales o con la Autoridad de Edificios Públicos de Puerto Rico ni entidades del Gobierno de Puerto Rico creadas en su sustitución.

6. Que, por espacio de dos (2) años previos a la presentación de esta candidatura, no he ocupado un cargo o empleo ni he mantenido relación contractual alguna con la Rama Judicial, ni he ocupado un cargo público ni un puesto en el servicio de confianza que influyera en la formulación de política pública en la Rama Ejecutiva o la Rama Legislativa.

7. Que disfruto del pleno ejercicio de mis derechos civiles.

8. Que no he sido destituido(a) de algún cargo o posición en el servicio público o he sido encontrado(a) responsable por infringir alguna disposición de la Ley de Ética Gubernamental.

9. Que es correcta y veraz toda la información aquí provista y entiendo que tanto la información como los documentos podrán ser verificados.

10. Que comprendo que mi candidatura será denegada si se descubriese cualquier falsedad o fraude en relación con lo que aquí afirmo, y que ello constituiría causa suficiente para excluirme como potencial candidato(a) en convocatorias futuras o destituirme si resultara seleccionado(a) como representante de la ciudadanía.

Hoy, _____ de _____ de 20_____, en _____ , Puerto Rico.


_____        _____
Nombre del candidato(a)                                    Firma

AFIDÁVIT

Afidávit número: _____

Jurado y suscrito ante mí por _____ , de

las circunstancias personales antes mencionadas y a quien ☐ doy fe de conocer

personalmente o ☐ he identificado conforme a los mecanismos de ley mediante

_____ número _____ .
*tipo de identificación*


En _____ , Puerto Rico, hoy _____ de _____ de _____ .


_____        _____
Nombre del (de la) Notario(a)                              Firma del (de la) Notario(a)